# United States Court of Appeals
## For the First Circuit

---

No. 01-2565

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ TORIBIO-LUGO,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on July 21, 2004 is corrected as follows:

Cover sheet — delete first attorney line and replace with "Juan F. Matos de Juan, Assistant Federal Public Defender, with whom Joseph C. Laws, Jr., Federal Public Defender, and Joannie Plaza-Martínez, Assistant Federal Public Defender, were on brief, for appellant."

On page 6, line 18, change "attach" to "persist"

On page 16, line 8, change "attached" to "persisted"